UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-62415-RAR

**VITAL PHARMACEUTICALS,**
**d/b/a VPX Sports**,

    Plaintiff,

v.

**PEPSICO, INC.**,

    Defendant.

_____/

### ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon United States Magistrate Judge Jared M. Strauss's Report and Recommendation [ECF No. 79] ("Report"), entered on May 3, 2021. The Report recommends that Defendant PepsiCo, Inc.'s Motion for Attorneys' Fees [ECF No. 66] ("Motion") be granted in part and denied in part, with Pepsi being awarded $111,684.81 in attorneys' fees. Plaintiff filed objections to the Report on May 17, 2021 [ECF No. 80] ("Objections").

When a magistrate judge's "disposition" has been properly objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). Because Plaintiff timely filed objections to the Report, the Court has conducted a *de novo* review of Magistrate Judge Strauss's findings. Having carefully reviewed the Report and the parties' written submissions and supporting materials, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report [ECF No. 79] is **AFFIRMED AND ADOPTED**.

2. Defendant's Motion for Attorneys' Fees [ECF No. 66] is **GRANTED IN PART AND DENIED IN PART**.

    3. Defendant PepsiCo, Inc. is awarded $111,684.81 in attorneys' fees.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 17th day of August, 2021.

                                                         **RODOLFO A. RUIZ II**
                                                         **UNITED STATES DISTRICT JUDGE**