UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:20-cv-62415-RAR

**VITAL PHARMACEUTICALS, INC., d/b/a VPX SPORTS,**

    **Plaintiff,**

v.

**PEPSICO, INC.,**

    **Defendant.**

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal of this action with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: June 22, 2022

/s/ Zachary S. Foster

Daniel M. Janssen, Esq.
*Admitted pro hac vice*
daniel.janssen@quarles.com
411 East Wisconsin Ave., Suite 2400
Milwaukee, WI 53202
Phone: (414) 277-5000
Facsimile: (414) 271-3552

Zachary S. Foster
Florida Bar No. 111980
zachary.foster@quarles.com
QUARLES & BRADY LLP
101 E. Kennedy Blvd., Ste. 3400
Tampa, FL 33602
Telephone: (813) 387-0300
Facsimile: (813) 387-1800

Francis Massabki
Email: frank.massabki@bangenergy.com
Vital Pharmaceuticals, Inc.
1600 North Park Drive Weston, FL 33326
Telephone: (954) 641-0570

Respectfully submitted,

/s/ Andrew S. Tulumello

Andrew S. Tulumello (*pro hac vice*)
E-mail: Drew.Tulumello@weil.com
Chantale Fiebig (*pro hac vice*)
E-mail: Chantale.Fiebig@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000


Geoffrey M. Sigler (*pro hac vice*)
E-mail: gsigler@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave. NW
Washington, DC 20036
Telephone: (202) 955-8500

*Counsel for Defendant PepsiCo, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 22, 2022, a true and correct copy of the foregoing was served electronically on counsel for parties of record.

/s/ *Zachary S. Foster*
Attorney